Fate JOHNSON v. STATE.  (5 Div. 573.) (Court of Appeals of Alabama.  Nov. 24, 1925.)  Appeal from Circuit Court, Elmore County; George F. Smoot, Judge.  Distilling.

SAMFORD, J.  Appeal dismissed.

---

(106 So. 919)

Andrew JOHNSON v. STATE.  (8 Div. 348.)  (Court of Appeals of Alabama.  Jan. 26, 1926.)  Appeal from Circuit Court, Limestone County; N. D. Denson, Judge.  Distilling.

BRICKEN, P. J. Appeal dismissed on motion of appellant.